AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR ALBERTO ALVAREZ<br><br>*Defendant(s)* | )<br>)<br>) Case No. 21-8414-BER<br>)<br>)<br>) |

FILED BY _____TM_____ D.C.

Oct 26, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 24, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: 10/26/21

_____
*Judge's signature*

City and state: __West Palm Beach, FL__    Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Oscar Alberto ALVAREZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about October 24, 2021, Oscar Alberto ALVAREZ was arrested in Palm Beach County, Florida on an outstanding warrant for failure to appear for the misdemeanor offense of driving with an expired driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Oscar Alberto ALVAREZ is a native and citizen of Honduras. Records further show that on or about September 14, 2007, Oscar Alberto ALVAREZ was granted voluntary departure until January 15, 2008,

1

with an alternative order of removal to Honduras. Oscar Alberto ALVAREZ failed to depart and the order of removal became effective on January 16, 2008. The Order of Removal was executed on or about January 21, 2011 whereby Oscar Alberto ALVAREZ was removed from the United States and returned to Honduras.

5.　　Thereafter, Oscar Alberto ALVAREZ illegally re-entered the United States and on or about September 1, 2015, was removed and returned to Honduras for the second time.

6.　　Records further show that on or about August 14, 2015, in the United States District Court, Southern District of Florida, Oscar Alberto ALVAREZ was convicted of the felony offense of illegal reentry after removal, case number 15-80116-CR-MARRA-1.

7.　　Oscar Alberto ALVAREZ's fingerprints taken in connection with his October 24, 2021 arrest in Palm Beach County were scanned into the IAFIS system. The results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is, Oscar Alberto ALVAREZ.

8.　　A record check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Oscar Alberto ALVAREZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Oscar Alberto ALVAREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States, as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that on or about October 24, 2021, Oscar Alberto ALVAREZ, an alien who was previously deported and removed from the United States, was found in the United States without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (~~FaceTime~~) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _26_ day of October 2021.

BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8414-BER

UNITED STATES OF AMERICA

v.

OSCAR ALBERTO ALVAREZ

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:       (561) 820-8711
Fax:      (561) 820-8777
Email:   RTribuiani@usa.doj.gov